## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,[1]<br>Debtors. | Chapter 11 |
| **American Private Equity Partners II, LP, et al.**<br><br>Petitioner,<br><br>v.<br><br>**Catherine E. Youngman, Litigation Trustee For ASHINC Corporation, et al.,**<br><br>Respondent. | Civil Action No. 22-cv-302-CFC<br><br>Bankruptcy Case No. 12-11564<br><br>Adv. Proc. No. 21-51179-CSS |

## STIPULATED BRIEFING SCHEDULE

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "**Litigation Trustee**"), and the LP Defendants[2].

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

[2] The LP Defendants are: American Private Equity Partners II, LP; American Airlines Master Fixed Benefit Pension Plan Trust; California Public Employees' Retirement System; Carpenters Pension Trust for Northern California; Clouse S.A.; Coller Partners 702 LP Incorporated; Consolidated Retirement Fund; IAM Private Equity, LLC; ILGWU Death Benefit Fund 4; International SIF SICAV SA; Locals 302 & 612 Of The International Union Of Operating Engineers – Employers Construction Industry Retirement Trust; National Retirement Fund; New Mexico State Investment Council; New Mexico State Investment Council Land Grant Permanent Fund; New Mexico State Investment Council Severance Tax Permanent Fund; New York City Employees' Retirement System; New York City Fire Department Pension Fund; New York City Police Pension Fund; Northeast Carpenters Pension Fund; Pacific Coast Roofers Pension Plan; Sanba II Investment Authority; State Street Bank And Trust Company (As Trustee On Behalf of American Airlines Master Fixed Benefit Pension Plan Trust); Steamship Trade Association of Baltimore,

131799580.2

WHEREAS, on March 4, 2022, the LP Defendants filed their *Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011* (the "**Motion to Withdraw the Reference**") [D.I. 1].

WHEREAS, on March 7, 2022, the Motion to Withdraw the Reference was docketed in this Court [D.I. 2].

WHEREAS, The Litigation Trustee and LP Defendants have agreed to extend the briefing deadlines related to the Motion to Withdraw the Reference as set forth herein.

NOW, THEREFORE, subject to the approval of the Court, it is stipulated and agreed to as follows:

1. The Litigation Trustee's response to the Motion to Withdraw the Reference shall be due **on or before April 8, 2022**.

2. The LP Defendants' Reply in further support of the Motion to Withdraw the Reference shall be due **on or before April 22, 2022**.

Dated: March 15, 2022

| **FOX ROTHSCHILD LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Seth A. Niederman* <br> Seth A. Niederman (No. 4588) <br> Citizens Bank Center <br> 919 N. Market Street, Suite 300 <br> Wilmington, DE 19801 <br> Tel.: (302) 654-7444 <br> sniederman@foxrothschild.com | By: */s/ L. Katherine Good* <br> Christopher M. Samis (No. 4909) <br> L. Katherine Good (No. 5101) <br> 1313 N. Market Street, 6th Floor <br> Wilmington, DE 19801 <br> Telephone: 302-984-6000 <br> csamis@potteranderson.com <br> kgood@potteranderson.com |
| -and- | - and - |

---

Inc. – International Longshoremen's; Association (AFL-CIO) Pension Fund; Teachers' Retirement System of the City of New York; United Food and Commercial Workers International Union Pension Plan for Employees; and Western Conference of Teamsters Pension Trust.

131799580.2

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jhany.com

-and-

**ZAIGER LLC**
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

-and-

**COHEN & GRESSER LLP**
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
dpepe@cohengresser.com

*Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator*

**LOWENSTEIN SANDLER LLP**
Michael Etkin, Esq.
Andrew Behlmann, Esq.
Nicole Fulfree, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: 973-597-2500
Email: metkin@lowenstein.com
abehlmann@lowenstein.com
nfulfree@lowenstein.com
cmaker@lowenstein.com

*Attorneys for the LP Defendants*

IT IS SO ORDERED, this 16th day of March, 2022.

_____
The Honorable Colm F. Connolly