# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.*, <br><br>　　　　　　　　　　Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al*., <br><br>　　　　　　　　　　Petitioners, <br><br>　　　　　　v. <br><br> Catherine E. Youngman, Litigation Trustee For ASHINC Corporation., <br><br>　　　　　　　　　　Respondent. | Civil Action No. 22-cv-302-CFC <br><br> Bankruptcy Case No. 12-11564 <br><br> Adv. Proc. No. 21-51179-CSS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of Robert K. Kry of MoloLamken LLP to represent Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors in the above-captioned matter.

Dated: May 2, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19801-3062
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
sniederman@foxrothschild.com

*Attorney for Litigation Trustee/Respondent*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
United States District Court Judge

133580079.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: May 2, 2022

*/s/  Robert K. Kry*
ROBERT K. KRY
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: 202-556-2011
Email: rkry@mololamken.com

133580079.1