## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ASHINC Corporation, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>Jointly Administered |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>    Plaintiff,<br><br>  vs.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, et al.,<br><br>    Defendants. | Adversary Proceeding No. 21-51179 (CSS) |

**THE BOARD OF FIRE AND POLICE PENSION COMMISSIONERS'
AND THE BOARD OF ADMINISTRATION OF THE LOS ANGELES CITY
EMPLOYEES' RETIREMENT SYSTEM'S MOTION TO DISMISS**

Defendants Board of Fire and Police Pension Commissioners ("LAFPP") and the Board of Administration of the Los Angeles City Employees' Retirement System ("LACERS") (together, the "City Pension Defendants"), by and through their undersigned counsel, hereby move this Court to dismiss the Complaint (the "Complaint") [Adv. Pro. No. 21-51179 (CSS); filed 10/06/21]. In support of this Motion to Dismiss, the City Pension Defendants incorporate their Brief in support of this Motion to Dismiss, filed contemporaneously herewith.

Dated: May 31, 2022          **CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

      - and –

**DANNING, GILL, ISRAEL & KRASNOFF, LLP**
Uzzi O. Raanan, Esq.
Zev Shechtman, Esq.
Alphamorlai L. Kebeh, Esq.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
uraanan@DanningGill.com
zs@DanningGill.com
akebeh@DanningGill.com

*Counsel for Defendants Board of Fire and Police Pension Commissioners and Board of Administration of the Los Angeles City Employees' Retirement System*