# CERTIFICATE OF SERVICE

      I, Kevin S. Mann, do hereby certify that on May 31, 2022, a copy of the *Memorandum of Law in Support of Motion to Dismiss by the Board of Fire and Police Pension Commissioners and the Board of Administration of the Los Angeles City Employees' Retirement System* was served via the Court's ECF system and via email on the parties listed on the attached service list.

                                                       */s/ Kevin S. Mann*
                                                       Kevin S. Mann (No. 4576)

## SERVICE LIST

**Counsel for Plaintiff**
FOX ROTHSCHILD LLP
Seth A. Niederman, Esq.
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
sniederman@foxrothschild.com

**Counsel for Plaintiff**
JOSEPH HAGE AARONSON LLC
Gregory P. Joseph, Esq.
Gila S. Singer, Esq.
485 Lexington Avenue, 30th Floor
New York, NY 10017
gjoseph@jhany.com
gsinger@jhany.com

**Counsel for Plaintiff**
ZAIGER LLC
Jeffrey H. Zaiger, Esq.
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
jzaiger@zaigerllc.com

**Counsel for Plaintiff**
COHEN & GRESSER LLP
Douglas J. Pepe, Esq.
800 Third Avenue New York, NY 10022
dpepe@cohengresser.com

**Counsel for the Yucaipa Defendants**
PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
dbertenthal@pszjlaw.com
pkeane@pszjlaw.com

**Counsel for the Yucaipa Defendants**
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser, Esq.
Gali Grant, Esq.
Matthew P. Bernstein, Esq.
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
pglaser@glaserweil.com
ggrant@glaserweil.com
mbernstein@glaserweil.com

**Counsel for the LP Defendants**
POTTER ANDERSON & CORROON LLP
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
csamis@potteranderson.com
kgood@potteranderson.com

**Counsel for the LP Defendants**
LOWENSTEIN SANDLER LLP
Michael Etkin, Esq.
Andrew Behlmann, Esq.
Nicole Fulfree, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
abehlmann@lowenstein.com
nfulfree@lowenstein.com
cmaker@lowenstein.com