# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,[1]<br>                        Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al.*,<br>                        Petitioners,<br>v.<br>Catherine E. Youngman, Litigation Trustee For ASHINC Corporation,<br>                        Respondent. | Civil Action No. 22-cv-302-CFC<br><br>Bankruptcy Case No. 12-11564 - MFW<br><br>Adv. Proc. No. 21-51179-MFW |

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND PAGE LIMITATIONS IN CONNECTION THEREWITH

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

136189000.1

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "Trustee" or "Plaintiff"); Defendants Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC (together, the "Yucaipa Defendants"); Defendants American Airlines Master Fixed Benefit Pension Plan Trust, American Private Equity Partners II, LP, California Public Employees' Retirement System, Carpenters Pension Trust Fund For Northern California, Coller Partners 702 LP Incorporated, Clouse S.A., acting in respect of its Compartment 11, Consolidated Retirement Fund, IAM Private Equity, LLC, ILGWU Death Benefit Fund 4, International Sif Sicav SA, Locals 302 & 612 Of The International Union Of Operating Engineers – Employers Construction Industry Retirement Trust, National Retirement Fund, New Mexico State Investment Council, New Mexico State Investment Council Land Grant Permanent Fund, New Mexico State Investment Council Severance Tax Permanent Fund, New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, Northeast Carpenters Pension Fund, Pacific Coast Roofers Pension Plan, Sanba II Investment Company, State Street Bank And Trust Company (As Trustee On Behalf Of American Airlines Master Fixed Benefit Pension Plan Trust), Steamship Trade Association Of Baltimore, Inc. – International Longshoremen's Association (AFL-CIO) Pension Fund, Teachers' Retirement

2

136189000.1

System Of The City Of New York, United Food And Commercial Workers International Union Pension Plan For Employees, and Western Conference Of Teamsters Pension Trust (together, the "LP Defendants"); and Defendants Board of Fire and Police Pension Commissioners, and the Board of Administration of the Los Angeles City Employees' Retirement System (together, the "City Pension Defendants," and collectively, with the Yucaipa Defendants and the LP Defendants, the "Defendants");

WHEREAS, on October 6, 2021, the Trustee filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in adversary proceeding number 21-51179-MFW (the "Adversary Proceeding"),[2] the *Litigation Trustee's Complaint to (I) Avoid and Recover Avoidable Transfers, and (II) for a Declaration of Liability Against Yucaipa American Alliance Fund I, LLC* (the "Complaint") [Adv. Pro. D.I. 1];

WHEREAS, the Adversary Proceeding was automatically referred (the "Bankruptcy Reference") to the Bankruptcy Court pursuant to this Court's *Amended Standing Order of Reference* dated February 29, 2012;

WHEREAS, on March 4, 2022, the LP Defendants filed in the Adversary Proceeding a *Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) and*

---

[2] References to the docket in the Adversary Proceeding shall be as "Adv. Pro. D.I. ___."

3

*Federal Rule of Bankruptcy Procedure 5011* (the "Motion to Withdraw") [Adv. Pro. D.I. 46], seeking to withdraw the Bankruptcy Reference;

WHEREAS on March 7, 2022, the Motion to Withdraw was docketed with this Court [D.I. 1];

WHEREAS, on May 31, 2022, the City Pension Defendants filed in the Adversary Proceeding their motion to dismiss the Complaint [Adv. Pro. D.I. 73] and memorandum of law in support thereof [Adv. Pro. D.I. 74] (the "City Pension Defendants' Motion to Dismiss");

WHEREAS, on June 1, 2022, the Yucaipa Defendants filed in the Adversary Proceeding their motion to dismiss the Complaint [Adv. Pro. D.I. 76] (the "Yucaipa Defendants' Motion to Dismiss");

WHEREAS, on June 1, 2022, the LP Defendants filed in the Adversary Proceeding their motion to dismiss the Complaint [Adv. Pro. D.I. 78] and memorandum of law in support thereof [Adv. Pro. D.I. 79] (the "LP Defendants' Motion to Dismiss" and together with the City Pension Defendants' Motion to Dismiss and the Yucaipa Defendants' Motion to Dismiss, the "Motions to Dismiss");

WHEREAS, on July 14, 2022, the Trustee and LP Defendants, with consent of the Yucaipa Defendants, filed a Stipulation Withdrawing the Bankruptcy Reference with respect to the Adversary Proceeding [D.I. 18] (the "Withdrawal Stipulation");

WHEREAS, on July 20, 2022, this Court entered an Order approving the Withdrawal Stipulation (the "Withdrawal Stipulation Order") [D.I. 19];

WHEREAS, the Withdrawal Stipulation Order stated that "the scheduling and page limit stipulations approved by the Bankruptcy Court on June 10, 2022 [Adv. Pro. DI. 93, 94, 95] with respect to the Motions to Dismiss shall remain in effect following withdrawal of the Bankruptcy Reference";

WHEREAS, the Trustee and Defendants have agreed on word limits for the remaining briefing in connection with the Motions To Dismiss to reflect this Court's *Standing Order Regarding Briefing in All Cases* dated November 6, 2019, which provides that "for each page allowed by local rule, the parties shall use up to 250 words"; and

WHEREAS, the Trustee and Defendants have agreed that the Trustee may file a single omnibus answering brief to the Motions to Dismiss not to exceed 20,000 words.

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:

1. The briefing schedule and page limits (exclusive of the caption page(s) and any tables of contents and authorities) for the remaining briefing in connection with the Motions to Dismiss shall be as follows:

136189000.1

|  | Filing Deadline | Word Limits |
|---|---|---|
| **Defendants' Opening Briefs** | Already filed | Already filed |
| **Trustee's Omnibus Answering Brief** | August 5, 2022 | 20,000 words |
| **LP Defendants' Reply Brief** | September 16, 2022 | 10,000 words |
| **Yucaipa Defendants' Reply Brief** | September 16, 2022 | 3,750 words |
| **City Pension Defendants' Reply Brief** | September 16, 2022 | 3,750 words |

2. Nothing herein shall prejudice the parties' rights to agree to and/or seek approval of further stipulations, or to agree to and/or seek further relief from this Court regarding the terms agreed upon herein.

Dated: July 26, 2022

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **MOLOLAMKEN LLP** |
| | Steven F. Molo |
| */s/ Seth A. Niederman* | Robert K. Kry |
| Seth A. Niederman (DE Bar No. 4588) | Justin M. Ellis |
| | Ryan Yeh |
| Citizens Bank Center | 430 Park Avenue |
| 919 N. Market Street, Suite 300 | New York, NY 10022 |
| Wilmington, DE 19801 | Telephone: 212-607-8160 |
| Tel.: (302) 654-7444 | Email: rkry@mololamken.com |
| Fax: (302) 656-8920 | |
| sniederman@foxrothschild.com | |
| **JOSEPH HAGE AARONSON LLC** | **MOLOLAMKEN LLP** |
| Gregory P. Joseph | Jordan A. Rice |
| Gila S. Singer | 300 North LaSalle Street |
| 485 Lexington Avenue, 30th Floor | Chicago, IL 60654 |
| New York, NY 10017 | Telephone: 312-450-6700 |
| Telephone: (212) 407-1200 | Email: jrice@mololamken.com |
| gjoseph@jhany.com | |
| **ZAIGER LLC** | **COHEN & GRESSER LLP** |
| Jeffrey H. Zaiger | Douglas J. Pepe |
| Judd A. Linden | 800 Third Avenue |
| 2187 Atlantic Street, 9th Floor | New York, NY 10022 |
| Stamford, CT 06902 | Telephone: (212) 957-7605 |
| Telephone: (917) 572-7701 | dpepe@cohengresser.com |
| jzaiger@zaigerllc.com | |

*Counsel for Plaintiff Catherine E. Youngman, Litigation Trustee and Plan Administrator*

7

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: 302-429-4242
efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

**LOWENSTEIN SANDLER LLP**
Michael Etkin
Andrew Behlmann
Nicole Fulfree
Colleen Restel
Scott Cargill
One Lowenstein Drive
Roseland, NJ 07068
Telephone: 973-597-2500
Email: metkin@lowenstein.com
abehlmann@lowenstein.com
nfulfree@lowenstein.com
crestel@lowenstein.com
scargill@lowenstein.com

*Counsel for the LP Defendants*

**PACHULSKI, STANG, ZIEHL & JONES LLP**

/s/ *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4400
Email: ljones@pszjlaw.com

-and-

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
Patricia Glaser
Gali Grant
Matthew Bernstein
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Email: pglaser@glaserweil.com

*Counsel for the Yucaipa Defendants*

CROSS & SIMON, LLC

/s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

- and –

DANNING, GILL, ISRAEL & KRASNOFF, LLP
Uzzi O. Raanan, Esq.
Zev Shechtman, Esq.
Alphamorlai L. Kebeh, Esq.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
uraanan@DanningGill.com
zs@DanningGill.com
akebeh@DanningGill.com

*Counsel for Defendants Board of Fire and Police Pension Commissioners and Board of Administration of the Los Angeles City Employees' Retirement System*

IT IS SO ORDERED, this 27th day of July, 2022.

_____
The Honorable Colm F. Connolly

10

136189000.1