# Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>    Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>    Intervenors,<br><br>    v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>    Defendants. | Adv. Proc. No. 13-50530 (CSS) |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>           Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>           Defendants. | Adv. Pro. No. 14-50971 (CSS) |

**DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P. SUPPLEMENTAL RESPONSE TO THE TRUSTEE'S FIRST SET OF DOCUMENT REQUESTS**

Pursuant to (1) Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, (2) Rule 2004-1 of the local rules for the United States Bankruptcy Court for the District of Delaware, and (3) Federal Rule of Civil Procedure 69, as incorporated by Bankruptcy Rule 7069, Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), hereby answer, object, or otherwise further respond to the First Set of Document Requests propounded by Catherine Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee") as Judgment-Debtors following the Judgment in the above-captioned Adversary Proceedings on July 9, 2021, as follows:

**PRELIMINARY STATEMENT**

In further responding to Document Request No. 1, Yucaipa will produce those responsive documents presently known by or available to Yucaipa consisting of previously unproduced

1

bank account statements for the period June 1, 2015 to August 9, 2021 which are not privileged or otherwise protected from disclosure.

## GENERAL OBJECTIONS

1.      Yucaipa objects to the Requests to the extent that they call for the production of documents protected by the attorney-client privilege, the attorney work-product doctrine, the common interest doctrine and/or any other applicable doctrine or privilege. Any inadvertent production of such information shall not be deemed to waive any privilege with respect to such information or any work product doctrine or privilege which may attach thereto.

2.      Yucaipa objects to the Requests to the extent that they seek documents in the possession or control of individuals or entities other than itself.

3.      Yucaipa objects to the Requests to the extent they call for production of documents that are not relevant to the enforcement of the Judgment or proportional to the needs of the case.

4.      Yucaipa objects to the Requests to the extent that they call for Yucaipa to create compilations of material or call for matters to be produced in a form or manner other than that kept by Yucaipa in the usual course of business.

5.      Yucaipa objects to the production and inspection of documents at the offices of the Trustee's counsel but will produce documents at the offices of Yucaipa's counsel at a mutually agreed upon date and time or will provide copies of such documents by mail at the Trustee's expense.

6.      Yucaipa may be unable to locate all requested documents by the date specified for production and, therefore, a mutually convenient time and date can be ascertained by contacting the undersigned to make appropriate arrangements. Should Yucaipa in the future locate any relevant requested documents now in existence but not yet located, Yucaipa will so advise counsel for the Trustee and make such documents available for inspection, subject to the objections and comments set forth in these responses.

DOCS_LA:344312.1 96991/001

7. Yucaipa objects to the instructions to the extent that they conflict with the Federal Rules of Civil Procedure.

8. Yucaipa's responses to the Document Requests are provided subject to the terms of the Agreed Protective Order in Adv. Proc. No. 13-50530 (D.I. 86) and the Supplemental Protective Order (Adv. Proc. No. 13-50530) (D.I. 251).

9. Each and every general objection above is incorporated into the response below.

## RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Documents concerning Assets the Partnership has distributed to Partners (whether in cash or in kind) or otherwise sold, spent, transferred or alienated as identified in response to Interrogatory Request No. 5.

**INITIAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Yucaipa incorporates the Preliminary Statement and General Objections as though fully set forth herein. Yucaipa further objects to the Request on the following grounds: (a) the Request is overbroad and unduly burdensome because, among other things, it is not limited as to time it purports to require production of every document relating to the "Assets" as opposed to the transfer of the "Assets;" and (b) the Request is vague and ambiguous with respect to, among other things, the term "alienated" and the definition of "Assets."

Subject to, and without waiving, the foregoing objections, Yucaipa responds as follows: Yucaipa has already produced documents responsive to this Request in response to the *Order Granting Motion of the Chapter 11 Trustee For An Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from Yucaipa* (12-11564, D.I. 4184) (the "2004 Order"), as Bates Nos. YAAF_000248-YAAF_000517.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Yucaipa refers to and incorporates herein by reference each and every objection and comment set forth hereinabove as though fully set forth herein. Yucaipa further objects to Request No. 1 on the grounds that it has already produced 2,319 pages of documents including

3

substantial documentation relating to distributions to their partners between June 1, 2015 and August 9, 2021 (the "Subject Period").  The request for "any" "Documents" "Concerning" additional disbursements by Yucaipa during the Subject Period is ambiguous in its scope, leaving Yucaipa to speculate at its parameters, which it will not do, as such parameters may well be extremely burdensome, oppressive, disproportionate to the needs of the case and far beyond that which is reasonable and relevant to the aid of the Judgment or execution thereon and/or also beyond the scope of the 2004 Order.

     Without waiving such objections, and subject thereto, Yucaipa shall produce all of their bank statements for the Subject Period not previously produced, and which reflect the disbursements set forth in Yucaipa's Supplemental Response to Interrogatory No. 5.  To the extent specific additional documents are reasonably required and relevant to the aid of the Judgment or execution thereon and not disproportionate to the needs of aiding the Judgment or execution thereon, and Yucaipa and the Trustee can agree upon a reasonable scope thereof, such specific non-privileged or non-protected documents will be produced.

| | |
|---|---|
| Dated:  July 20, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |       dbertenthal@pszjlaw.com |
| |       pkeane@pszjlaw.com |
| | - and - |

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
ggrant@glaserweil.com
mbernstein@glaserweil.com

Counsel for Appellant Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.

5