# Exhibit 3

Electronically Received 11/30/2021 03:08 PM

1  KEITH C. OWENS (SBN 184841)
2  KOwens@FoxRothschild.com
   JEFF H. GRANT (SBN 218974)
3  JGrant@FoxRothschild.com
   MATTHEW FOLLETT (SBN 325481)
4  MFollett@FoxRothschild.com
   FOX ROTHSCHILD LLP
5  Constellation Place
   10250 Constellation Blvd, Suite 900
6  Los Angeles, CA 90067
   Telephone:   310.598.4150
7  Facsimile:   310.556.9828

8  Attorneys for Plaintiff,
   Catherine E. Youngman, Litigation Trustee
9  for ASHINC Corporation, et al.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| CATHERINE E. YOUNGMAN, in her capacity as LITIGATION TRUSTEE FOR ASHINC CORPORATION, et al., as successor to THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC; BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; CARPENTERS PENSION TRUST FOR NORTHERN CALIFORNIA; LOS ANGELES CITY EMPLOYEES RETIREMENT SYSTEM; PACIFIC COAST ROOFERS PENSION PLAN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 21STCV37137<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [*PROPOSED*] ORDER** |

1

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [*PROPOSED*] ORDER

128094100.1
128203601.1

Plaintiff Catherine E. Youngman, solely in her capacity as the Litigation Trustee and Plan Administrator ("Plaintiff") for ASHINC Corporation and related Debtors and defendant Yucaipa American Alliance Fund I, LLC; defendant Yucaipa American Management, LLC; defendant Board of Fire and Police Pension Commissioners of the City of Los Angeles; defendant California Public Employees' Retirement System; defendant Carpenters Pension Trust for Northern California; defendant Los Angeles City Employees' Retirement System; and, defendant Pacific Coast Roofers Pension Plan (collectively, "Defendants") hereby stipulate and respectfully request that the Court extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint until up to, and including, February 11, 2022.

The parties hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed its complaint on October 7, 2021 (the "Complaint");

WHEREAS, defendant Yucaipa American Alliance Fund I, LLC was served with the Summons and Complaint on November 4, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure* section;

WHEREAS, defendant Yucaipa American Management, LLC was served with the Summons and Complaint on November 4, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

WHEREAS, defendant Board of Fire and Police Pension Commissioners of the City of Los Angeles was served with the Summons and Complaint on November 3, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

WHEREAS, defendant California Public Employees' Retirement System ("CalPERS") was served with the Summons and Complaint on November 3, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

2

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [*PROPOSED*] ORDER

128094100.1
128203601.1

1    WHEREAS, defendant Carpenters Pension Trust for Northern California was served with
2    the Summons and Complaint on November 8, 2021, with service effective on the same day
3    pursuant to the California *Code of Civil Procedure*;

4    WHEREAS, defendant Los Angeles City Employees' Retirement System was served with
5    the Summons and Complaint on November 8, 2021, with service effective on the same day
6    pursuant to the California *Code of Civil Procedure*;

7    WHEREAS, defendant Pacific Coast Roofers Pension Plan was served with the Summons
8    and Complaint on November 8, 2021, with service effective on the same day pursuant to the
9    California *Code of Civil Procedure*;

10    WHEREAS, Plaintiff and Defendants believe there is good cause to extend the deadline
11    for Defendants to respond to the Complaint because (1) of ongoing early-stage litigation in a
12    related proceeding in the United States Bankruptcy Court for the District of Delaware; (2) some
13    Defendants continue their efforts to retain counsel; and (3) the upcoming holiday season.

14    WHEREAS, Plaintiff agrees to extend the deadline for Defendants to file a responsive
15    pleading until February 11, 2022.

16    WHEREAS, Plaintiff and Defendants hereby request the Court continue the Case
17    Management Conference currently set for February 1, 2022, until April 1, 2022, or another date
18    the Court finds convenient.

19    WHEREAS, California Rule of Court 3.110(e) permits this Court to extend the deadline
20    for a defendant to file a responsive pleading after service of the initial complaint;

21    The parties hereby STIPULATE that Defendants' deadline to file responsive pleadings to
22    the Complaint is extended until February 11, 2022, and Defendants will file their responsive
23    pleadings on or before February 11, 2022.

24    The parties further STIPULATE to continue the Case Management Conference from
25    February 1, 2022, to April 1, 2022, or another date the Court finds convenient.

26

27

28

3

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER

128094100.1
128203601.1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Fox Rothschild LLP |
| 3 | | |
| 4 | Date: November 23, 2021 | /s/ Keith Ryan Falls |
| 5 | | Keith Owens<br>Jeff H. Grant<br>Matthew Follett |
| 6 | | |
| 7 | | Attorneys for Catherine E. Youngman, solely in her capacity of Litigation Trustee for Ashinc Corporation, et. al. |
| 8 | | |
| 9 | | |
| 10 | | Glaser Weil Fink Howard Avchen & Shapiro LLP |
| 11 | Date: November 22, 2021 | *Craig H. Marcus* |
| 12 | | Craig H. Marcus |
| 13 | | Attorneys for Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC. |
| 14 | | |
| 15 | | |
| 16 | | Public Pensions General Counsel Division |
| 17 | | Office of the Los Angeles City Attorney |
| 18 | Date: NOV 19, 2021 | /s/ Sheri Cheung |
| 19 | | Sheri Cheung |
| 20 | | Attorneys for Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System |
| 21 | | |
| 22 | | |
| 23 | | CalPERS Legal Office |
| 24 | Date: November 19, 2021 | *Marte Castaños* |
| 25 | | Marte Castaños |
| 26 | | Attorneys for CalPERS |
| 27 | | |
| 28 | | |

4

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

128094100.1

1

2   Date: 11/23/2021

Kraw Law Group

*[signature]*

3   George M. Kraw

4   *Attorneys for Carpenters Pension Trust for Northern California*

5

6

7   Saltzman & Johnson Law Corporation

8   Date: 11/22/2021

*[signature]*

9   Matthew P. Minser

10  *Attorneys for Pacific Coast Roofers Pension Plan*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [*PROPOSED*] ORDER

128094100.1
128203601.1

1 [~~PROPOSED~~] ORDER

3   Good cause having been shown, the Court hereby ORDERS that Defendants' responsive pleadings to the Plaintiff's Complaint is due on February 11, 2022. The Court further ORDERS the Case Management Conference set for February 1, 2022, to be continued until ☐☐☐☐☐☐☐☐☐☐☐☐☐ .

IT IS SO ORDERED.

Dated: 01/04/2022

_____
Judge of the Superior Court
Armen Tamzarian / Judge

6
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER

128094100.1
128203601.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067.

On November 30, 2021, I served the following document(s) described as: **NOTICE OF RELATED CASE AND STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Craig H. Marcus<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd 19th FL<br>Los Angeles, CA 90067<br><br>Email: cmarcus@glaserweil.com<br><br>Attorneys for Yucaipa American Alliance Fund I, LLC & Yucaipa American Management, LLC | Sheri Cheung<br>Public Pensions General Counsel Division<br>Office of the Los Angeles City Attorney<br>202 W 1st St Ste 500<br>Los Angeles, CA 90012-4401<br><br>Email: sheri.cheung@lacity.org<br><br>Attorneys for Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System |
| Marte Castaños<br>CalPERS Legal Office<br>400 Q St<br>Sacramento, CA 95814<br><br>Email: marte.castanos@calpers.ca.gov<br><br>Attorneys for CalPERS | George M. Kraw<br>Kraw Law Group<br>605 Ellis St Ste 200<br>Mountain View, CA 94043-2231<br><br>Email: gkraw@kraw.com<br><br>Attorneys for Carpenters Pension Trust for Northern California |
| Matthew P. Minser<br>Saltzman & Johnson Law Corporation<br>1141 Harbor Bay Pkwy Ste 100<br>Alameda, CA 94502-6594<br><br>Email: mminser@sjlawcorp.com<br><br>Attorneys for Pacific Coast Roofers Pension Plan | |

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fox Rothschild LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ X ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an

4

STIPULATION AND ~~PROPOSED~~ ORDER

128153632.1

agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jochoa@foxrothschild.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FEDEX):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2021, at Los Angeles, California.

                                                */s/ Janeth Ochoa*
                                                Janeth Ochoa

STIPULATION AND ~~PROPOSED~~ ORDER

128153632.1