# Exhibit 4



1  KEITH C. OWENS (SBN 184841)
   KOwens@FoxRothschild.com
2  JEFF H. GRANT (SBN 218974)
   JGrant@FoxRothschild.com
3  MATTHEW FOLLETT (SBN 325481)
   MFollett@FoxRothschild.com
4  FOX ROTHSCHILD LLP
   Constellation Place
5  10250 Constellation Blvd, Suite 900
   Los Angeles, CA 90067
6  Telephone:   310.598.4150
   Facsimile:   310.556.9828
7
   Attorneys for Plaintiff,
8  Catherine E. Youngman, Litigation Trustee
   for ASHINC Corporation, et al.
9

**FILED**
Superior Court of California
County of Los Angeles
06/24/2022
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____M. De Luna_____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| CATHERINE E. YOUNGMAN, in her capacity as LITIGATION TRUSTEE FOR ASHINC CORPORATION, et al., as successor to THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC; BOARD OF FIRE AND POLICE PENSION COMMISSIONERS OF THE CITY OF LOS ANGELES; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; CARPENTERS PENSION TRUST FOR NORTHERN CALIFORNIA; LOS ANGELES CITY EMPLOYEES RETIREMENT SYSTEM; PACIFIC COAST ROOFERS PENSION PLAN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 21STCV37137<br><br>**FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

1

1  Plaintiff Catherine E. Youngman, solely in her capacity as the Litigation Trustee and Plan Administrator ("Plaintiff") for ASHINC Corporation and related Debtors and defendant Yucaipa American Alliance Fund I, LLC; defendant Yucaipa American Management, LLC; defendant Board of Fire and Police Pension Commissioners of the City of Los Angeles; defendant California Public Employees' Retirement System; defendant Carpenters Pension Trust for Northern California; defendant Los Angeles City Employees' Retirement System; and, defendant Pacific Coast Roofers Pension Plan (collectively, "Defendants") hereby stipulate and respectfully request that the Court further extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint until up to, and including, October 17, 2022.

The parties hereby stipulate and agree to the following:

**WHEREAS**, Plaintiff filed her complaint on October 7, 2021 (the "Complaint");

**WHEREAS**, defendant Yucaipa American Alliance Fund I, LLC was served with the Summons and Complaint on November 4, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure* section;

**WHEREAS**, defendant Yucaipa American Management, LLC was served with the Summons and Complaint on November 4, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

**WHEREAS**, defendant Board of Fire and Police Pension Commissioners of the City of Los Angeles was served with the Summons and Complaint on November 3, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

**WHEREAS**, defendant California Public Employees' Retirement System ("CalPERS") was served with the Summons and Complaint on November 3, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

**WHEREAS**, defendant Carpenters Pension Trust for Northern California was served with the Summons and Complaint on November 8, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

///

1  **WHEREAS**, defendant Los Angeles City Employees' Retirement System was served with the Summons and Complaint on November 8, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

4  **WHEREAS**, defendant Pacific Coast Roofers Pension Plan was served with the Summons and Complaint on November 8, 2021, with service effective on the same day pursuant to the California *Code of Civil Procedure*;

7  **WHEREAS**, on October 6, 2021, Plaintiff also commenced an adversary proceeding in the United States Bankruptcy Court for the District of Delaware titled *Catherine E. Youngman, Litigation Trustee for ASHINC, Corporation, as successor to the Official Committee of Unsecured Creditors of ASHINC Corporation, and its affiliated debtors v. Yucaipa American Alliance Fund I, LLC et al.*, Case No. 21-51179 (CSS) (the "Adversary Proceeding");

12 **WHEREAS**, Defendants are also named as defendants in the Adversary Proceeding;

13 **WHEREAS**, Plaintiff and Defendants previously stipulated to extend the deadline for Defendants to file a responsive pleading until February 11, 2022, for which the Court found good cause and ordered on January 4, 2022.

16 **WHEREAS**, the Court also continued the Case Management Conference for this matter from February 1, 2022, until March 21, 2022.

18 **WHEREAS**, Plaintiff and Defendants thereafter stipulated to extend the deadline for Defendants to file a responsive pleading until April 15, 2022, for which the Court found good cause and ordered on February 8, 2022.

21 **WHEREAS**, the Court also continued the Case Management Conference for this matter from March 21, 2022, until May 26, 2022.

23 **WHEREAS**, Plaintiff and Defendants thereafter stipulated to extend the deadline for Defendants to file a responsive pleading until July 15, 2022, for which the Court found good cause and ordered on April 18, 2022.

26 **WHEREAS**, the Court also continued the Case Management Conference for this matter from May 26, 2022, until July 27, 2022.

1  **WHEREAS**, Plaintiff and Defendants believe there is good cause to further extend the deadline for Defendants to respond to the Complaint pending developments in the Adversary Proceeding, and to continue allowing the parties to explore settlement options before the parties have incurred significant litigation costs.

**WHEREAS,** Plaintiff and Defendants also mutually recognize that certain rulings by the Bankruptcy Court with respect to, inter alia, its jurisdiction over the claims in the Adversary Proceeding may have a significant impact on whether it is necessary to continue to pursue the claims in this proceeding, which are substantially similar to those asserted in the Adversary Proceeding.

**WHEREAS**, Plaintiff and Defendants believe that the extension sought herein will promote judicial efficiency and prevent duplicative expenses and the potential for inconsistent rulings.

**WHEREAS**, Plaintiff agrees to extend the deadline for Defendants to file a responsive pleading until October 17, 2022.

**WHEREAS**, Plaintiff and Defendants hereby request the Court continue the Case Management Conference currently set for July 27, 2022, until November 17, 2022, or another date the Court finds convenient.

**WHEREAS**, California Rule of Court 3.110(e) permits this Court to extend the deadline for a defendant to file a responsive pleading after service of the initial complaint;

**WHEREFORE**, the parties hereby STIPULATE that Defendants' deadline to file a responsive pleading to the Complaint is extended until October 17, 2022, and Defendants will file their responsive pleadings on or before October 17, 2022, subject to further agreement by the parties or Court order otherwise. The parties further stipulate to continue the Case Management Conference currently set for July 27, 2022, to November 17, 2022, or another date that the Court finds convenient.

4

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

135025744.1

| | |
|---|---|
| | Fox Rothschild LLP |
| Date: 6/23/2022 | *(signature)* |
| | Keith Owens |
| | Jeff H. Grant |
| | Matthew Follett |
| | |
| | Attorneys for Plaintiff Catherine E. Youngman, solely in her capacity of Litigation Trustee for Ashinc Corporation, et. al. |
| | |
| | Glaser Weil Fink Howard Avchen & Shapiro LLP |
| Date: _____ | _____ |
| | Craig H. Marcus |
| | |
| | Attorneys for Defendants Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC |
| | |
| | Danning, Gill, Israel & Krasnoff, LLP |
| Date: 6/15/22 | *(signature)* |
| | Uzzi O. Raanan |
| | |
| | Attorneys for Defendants Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System |
| | |
| | CalPERS Legal Office |
| Date: June 20, 2022 | *Marte Castanos* |
| | Marte Castaños |
| | |
| | Attorneys for Defendant CalPERS |

[SIGNATURES CONTINUED ON NEXT PAGE]

5

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

135025744.1

| | |
|---|---|
| 1 | Fox Rothschild LLP |
| 2 Date:_____ | |
| 3 | Keith Owens |
| | Jeff H. Grant |
| 4 | Matthew Follett |
| 5 | *Attorneys for Plaintiff Catherine E. Youngman, solely in her capacity of Litigation Trustee for Ashinc Corporation, et. al.* |
| 6 | |
| 7 | |
| 8 | |
| 9 | Glaser Weil Fink Howard Avchen & Shapiro LLP |
| 10 Date: June 14, 2022 | *Craig Marcus* |
| 11 | Craig H. Marcus |
| 12 | *Attorneys for Defendants Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC* |
| 13 | |
| 14 | |
| 15 | Danning, Gill, Israel & Krasnoff, LLP |
| 16 | |
| 17 Date:_____ | |
| | Uzzi O. Raanan |
| 18 | *Attorneys for Defendants Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | CalPERS Legal Office |
| 24 Date:_____ | |
| | Marte Castaños |
| 25 | |
| | *Attorneys for Defendant CalPERS* |
| 26 | |
| 27 | [SIGNATURES CONTINUED ON NEXT PAGE] |
| 28 | |

5

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER

135025744.1

| | | |
|---|---|---|
| 1 | | Kraw Law Group |
| 2 | Date: 6/20/2022 | *signature* |
| 3 | | George M. Kraw |
| 4 | | *Attorneys for Defendant Carpenters Pension Trust for Northern California* |
| 5 | | |
| 6 | | |
| 7 | | Saltzman & Johnson Law Corporation |
| 8 | | |
| 9 | Date:_____ | |
| 10 | | Matthew P. Minser |
| 11 | | *Attorneys for Defendant Pacific Coast Roofers Pension Plan* |

6

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER

135025744.1

|   |   |   |
|---|---|---|
| 1 | | Kraw Law Group |
| 2 | Date:_____ | |
| 3 | | George M. Kraw |
| 4 | | *Attorneys for Defendant Carpenters Pension Trust for Northern California* |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | Saltzman & Johnson Law Corporation |
| 9 | Date: 6/20/22 | |
| 10 | | Matthew P. Minser |
| 11 | | *Attorneys for Defendant Pacific Coast Roofers Pension Plan* |

6

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

135025744.1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | Good cause having been shown, the Court hereby ORDERS that Defendants' responsive |
| 4 | pleadings to Plaintiff's Complaint are due on October 17, 2022. |
| 5 | The Court further ORDERS the Case Management Conference set for July 27, 2022, be |
| 6 | continued to ☐☐☐☐☐☐☐☐☐☐☐☐. |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated: 06/24/2022 |
| | _[signature]_ |
| | Judge of the Superior Court |
| 10 | Armen Tamzarian / Judge |

7

FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

135025744.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, California 90067.

On June 23, 2022, I, I served the following document(s) described as **FOURTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Craig H. Marcus, Esq.<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920<br>Email: cmarcus@glaserweil.com<br><br>*Attorneys for Yucaipa American Alliance Fund I, LLC & Yucaipa American Management, LLC* | Uzzi O. Raanan, Esq.<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br>Email: uraanan@danninggill.com<br><br>*Attorneys for Defendants Board of Fire and Police Pension Commissioners of the City of Los Angeles and Los Angeles City Employees' Retirement System* |
| Matthew P. Minser, Esq.<br>Saltzman & Johnson Law Corporation<br>1141 Harbor Bay Parkway, Suite 100<br>Alameda, California 94502-6594<br>Telephone: (510) 906-4710<br>Email: mminser@sjlawcorp.com<br><br>*Attorneys for Pacific Coast Roofers Pension Plan* | George M. Kraw, Esq.<br>Kraw Law Group<br>605 Ellis Street, Suite 200<br>Mountain View, California 94043-2231<br>Telephone: (650) 314-7800<br>Facsimile: (650) 314-7899<br>Email: gkraw@kraw.com<br><br>*Attorneys for Carpenters Pension Trust for Northern California* |
| Nicole Fulfree, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>Email: nfulfree@lowenstein.com<br><br>*Attorneys for Defendants CalPERS Carpenters Pension Trust for Northern California, and Pacific Coast Roofers Pension Plan* | Marte Emiliano Castaños, Esq.<br>CalPERS/Legal Office<br>400 "Q" Street<br>Sacramento, California 95814<br>Telephone: (916) 795-3675<br>Facsimile: (916) 795-3659<br>Email: marte.castanos@calpers.ca.gov<br><br>*Attorneys for Defendants CalPERS Carpenters Pension Trust for Northern California, and Pacific Coast Roofers Pension Plan* |

1  [ ]    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fox Rothschild LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ X ]  **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address pjames@foxrothschild.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    **BY OVERNIGHT MAIL (FEDEX):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

[ ]    **BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2022, at Los Angeles, California.

_____
PAULETTA JAMES