# Exhibit 5



# Required Employer Contributions

CalPERS retirement benefits are funded through contributions paid by contracting employers, members, and earnings from CalPERS investments. Employer contribution requirements are determined by periodic actuarial valuations under state law. Actuarial valuations are based on the benefit formulas the agency provides and the employee groups covered. Contribution requirements shown are the employer required contribution only. Figures do not include the member contribution or any cost sharing.

Public Agencies    Schools    State

Use the Public Agency Required Employer Contributions search tool to find an agency's required contributions, or view the List of Public Agency Required Employer Contributions (PDF, 1.89 MB).

More information on public agency contribution requirements, including how they are determined and what they are projected to be, can be found in Public Agency Actuarial Valuation Reports. Reports are provided for each rate plan a contracting employer maintains.

## Videos



CalPERS Pension Outlook Tool Instructional Webinar
Video Length: 55:19



Proactively Managing Your Pension Plan's Unfunded Liability
Video Length: 58:29