# Exhibit 6

# Investment & Pension Funding

Facts at a Glance for Fiscal Year 2020–21

## Investments (PERF*)

### Total Fund Market Value & Fund Returns by Fiscal Year** *(for FY end 6/30)*

|  | (in billions) | (%) |
|---|---|---|
| **2021** | **$477.3** | **21.3%** |
| 2020 | $392.5 | 4.7% |
| 2019 | $372.6 | 6.7% |
| 2018 | $354.0 | 8.6% |
| 2017 | $326.4 | 11.2% |
| 2016 | $302.0 | 0.6% |
| 2015 | $301.9 | 2.4% |
| 2014 | $300.3 | 18.4% |
| 2013 | $257.9 | 13.2% |
| 2012 | $233.4 | 0.1% |

\*   Public Employees' Retirement Fund (PERF)

\*\*  Time-weighted rate of return net of investment expenses

### Annualized Investment Returns*
*(for FY end 6/30)*

| | |
|---|---|
| FY to date | 21.3% |
| 3 years | 10.7% |
| 5 years | 10.3% |
| 10 years | 8.5% |
| 20 years | 6.9% |
| **30 years** | **8.4%** |

\*   Time-weighted rate of return net of investment expenses

### Total Fund Market Value 1988 – 2021
*(for FY end 6/30)*



$49 bil (1988); $76.6 bil (1994); $172.3 bil (2000); $247.7 bil (2007); $301.8 bil (2015); $477.3 bil (2021)

### Discount Rate Changes

| | | |
|---|---|---|
| 2022–23* (State/School) | 7.0% → | 6.8% |
| 2023–24* (PA) | 7.0% → | 6.8% |
| 2019–20* (State) | 7.25% → | 7.0% |
| 2020–21* (School/PA) | 7.25% → | 7.0% |
| 2018–19* (State) | 7.375% → | 7.25% |
| 2019–20* (School/PA) | 7.375% → | 7.25% |
| 2017–18* (State) | 7.5% → | 7.375% |
| 2018–19* (School/PA) | 7.5% → | 7.375% |

\*   FY required contribution



*Every effort has been made to verify the accuracy of the information, which is intended for general use only.* 01-2022-1

## Investments (cont'd)

### Current Asset Allocation



| | |
|---|---|
| **51.4%** | Public Equity |
| **29.8%** | Global Fixed Income |
| **9.6%** | Real Assets |
| **8.3%** | Private Equity |
| **0.9%** | Other: |
| **2.5%** | Total Fund |
| **(1.6%)** | Financing & Liquidity |

### Asset Allocation

| | Current Allocation | Strategic Asset Allocation |
|---|---|---|
| Public Equity | 51.4% | 50.0% |
| Global Fixed Income | 29.8% | 28.0% |
| Real Assets | 9.6% | 13.0% |
| Private Equity | 8.3% | 8.0% |
| Total Fund | 2.5% | — |
| Financing & Liquidity | (1.6%) | 1.0% |

### California Investments



**12.3%** → **$58.7 billion**
California investments as percentage of the total fund

| | Fair Value (in millions) |
|---|---|
| **Total California Investments** | **$58,656** |
| Public Equity* | $34,074 |
| Global Fixed Income** | $8,980 |
| Real Assets*** | $13,150 |
| Private Equity*** | $2,452 |

\*   Includes listed public equities corporate bonds.

\*\*  Fixed income also includes a portion of MBS & ABS, which have significant geographical exposure to CA & MHLP.

\*\*\* As of March 31, 2021

### Sustainable Investing

CalPERS actively engages with the companies we own to **protect the long-term sustainability of our investment**. From issues regarding environmental responsibility to safe labor practices, we keep an open dialog with company leaders and vote our proxies.

**13,000+**   Number of companies where CalPERS cast proxy votes in 2021 worldwide (calendar year)

# Pension Funding

## Funded Status of Retirement Plans by Member Category

|  | State | School | PA | Total |
|---|---|---|---|---|
| **2019–20** | **70.6%** * | **68.6%** * | **71.1%** * | **70.6%** * |
| 2018–19 | 70.0% * | 68.5% * | 70.8% * | 70.2% * |
| 2017–18 | 69.5% * | 68.6% * | 70.4% * | 69.8% * |
| 2016–17 | 65.8% * | 68.7% * | 69.5% * | 68.0% * |
| 2015–16 | 62.3% | 67.8% | 66.2% | 68.3% |
| 2014–15 | 69.4% | 77.5% | 74.5% | 73.1% |
| 2013–14 | 72.1% | 82.0% | 77.9% | 76.3% |
| 2012–13 | 66.1% | 76.2% | 70.5% | 69.8% |
| 2011–12 | 66.1% | 75.4% | 70.1% | 69.6% |

*   *Based on a 7.0% discount rate and includes the terminated agency pool and 1959 survivor benefit plan.*

## Contributions, 10-Year Review *(in thousands)*

|  | Employer Contributions | Member Contributions | Investment & Other Income |
|---|---|---|---|
| **2020–21** | **$20,034,757** | **$4,757,000** | **$88,059,909** |
| 2019–20 | $22,039,561 | $4,901,000 | $18,516,994 |
| 2018–19 | $15,612,678 | $4,664,618 | $22,969,664 |
| 2017–18 | $19,917,796 * | $4,415,129 | $27,448,098 |
| 2016–17 | $12,329,837 | $4,214,578 | $32,977,020 |
| 2015–16 | 10,892,489 | 4,015,754 | 1,548,442 |
| 2014–15 | 9,997,705 | 3,826,072 | 6,702,997 |
| 2013–14 | 8,777,602 | 3,775,038 | 45,598,044 |
| 2012–13 | 8,123,833 | 3,897,078 | 30,291,983 |
| 2011–12 | 7,772,913 | 3,598,437 | (196,014) |

*   *Amount includes an additional $6 billion dollar contribution by the state.*

## Funded Status Total PERF



70.6%  2019–20*

80% 82%  2020–21**

*   *The PERF is the Public Employees' Retirement Fund. This percentage includes the terminated agency pool and the 1959 survivor benefit plan. Percentage based on a 7.0% discount rate.*
**  *The 82% estimate is based on the 7% discount rate as of 6/30/2021. On 7/1/2021, the risk mitigation event was triggered due to the 21.3% investment return for FY 2020-21 and the 80% estimate is based on the new 6.8% discount rate.*

## Total Employer Contributions



$20 bil

- School districts and Charter Schools $3 billion / 15%
- State of California $6 billion / 32%
- Public agencies $11 billion / 53%

## Shared Responsibility

Every dollar paid to CalPERS retirees comes from three sources*:



$1

- Investment earnings **60¢**
- CalPERS employers **29¢**
- CalPERS members **11¢**

*   *Income over the last 20 years.*