**<u>Exhibit B</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al.*,<br><br>             Petitioners,<br><br>        v.<br><br>Catherine E. Youngman, Litigation Trustee For ASHINC Corporation.,<br><br>           Respondent. | Civil Action No. 22-cv-302-CFC<br><br>Bankruptcy Case No. 12-11564<br><br>Adv. Proc. No. 21-51179-MFW<br><br><br><br>Related to D.I. 35 |

## [PROPOSED] ENTRY OF DEFAULT

It appears from the record that **Defendant Automotive Machinists Pension Trust** failed to plead or otherwise defend in this case as required by law.

---

[1]    The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).   Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

138113957.1

Therefore, default is required against the defendant as authorized by Federal Rule of Civil Procedure 55(a).

Date: _____, 2022

_____
Clerk of the District Court


By:   _____
Deputy Clerk

2

138113957.1