IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,<br>　　　　　Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al.*,<br>　　　　　Petitioners,<br>　　　　　v.<br>Catherine E. Youngman, Litigation Trustee for ASHINC Corporation,<br>　　　　　Respondent. | Civil Action No. 22-cv-302-CFC<br><br>Bankruptcy Case No. 12-11564<br><br>Adv. Proc. No. 21-51179-MFW |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator (the "Trustee"), respectfully requests oral argument with respect to the following Motions To Dismiss:

- The Board of Fire and Police Pension Commissioners' and The Board of Administration of the Los Angeles City Employees' Retirement System's Motion to Dismiss (D.I. 20);

- The Limited Partner Defendants' Motion To Dismiss The Adversary Complaint (D.I. 22); and

- Yucaipa American Alliance Fund I, LLC and Yucaipa American Management, LLC's Motion To Dismiss Complaint (D.I. 29).

138194543.1

Respectfully submitted,

| | |
|---|---|
| Jeffrey H. Zaiger<br>Judd A. Lindenfeld<br>ZAIGER LLC<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Tel.: (917) 572-7701<br>jzaiger@zaigerllc.com | _/s/ Seth A. Niederman_<br>Seth A. Niederman (DE Bar No. 4588)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>Tel.: (302) 654-7444<br>Fax: (302) 656-8920<br>sniederman@foxrothschild.com |
| Douglas J. Pepe<br>COHEN AND GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 957-7605<br>dpepe@cohengresser.com | Steven F. Molo (*pro hac vice*)<br>Robert K. Kry (*pro hac vice*)<br>Justin M. Ellis (*pro hac vice*)<br>Joshua D. Bloom (*pro hac vice*)<br>Ryan Yeh (*pro hac vice*)<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>Tel.: (212) 607-8160<br>rkry@mololamken.com |
| | Jordan A. Rice (*pro hac vice*)<br>MOLOLAMKEN LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel.: (312) 450-6700 |

*Counsel for the Litigation Trustee and Plan Administrator*

Dated:  September 20, 2022