# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,<br><br>Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>Catherine E. Youngman, Litigation Trustee For ASHINC Corporation,<br><br>Respondent. | Civil Action No. 22-cv-302 (CFC)<br><br>Bankruptcy Case No. 12-11564 (MFW)<br><br>Adv. Proc. No. 21-51179 (MFW) |

## THE LIMITED PARTNER DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, the LP Defendants[1] respectfully request oral argument on the Motion to Dismiss Adversary Complaint (D.I. 22, 23). Briefing on the Motion to Dismiss Adversary Complaint was completed on September 16, 2022. (*See* D.I. 54.)

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the *Memorandum of Law* [D.I. 23].

1

2

Dated: September 23, 2022

| **LOWENSTEIN SANDLER LLP** | **BAYARD P.A.** |
|---|---|
| Michael Etkin | */s/ Erin R. Fay* |
| Andrew Behlmann | Erin R. Fay (No. 5268) |
| Nicole Fulfree | Gregory J. Flasser (No. 6154) |
| Scott Cargill | 600 N. King Street, Suite 400 |
| Colleen Restel | Wilmington, Delaware 19801 |
| One Lowenstein Drive | Telephone: (302) 655-5000 |
| Roseland, New Jersey 07068 | efay@bayardlaw.com |
| Telephone: (973) 597-2500 | gflasser@bayardlaw.com |
| metkin@lowenstein.com | |
| abehlmann@lowenstein.com | |
| nfulfree@lowenstein.com | |
| scargill@lowenstein.com | |
| crestel@lowenstein.com | |

*Counsel to the LP Defendants*