IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11 |
| American Private Equity Partners II, LP, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>Catherine E. Youngman, Litigation Trustee For ASHINC Corporation.,<br><br>Respondent. | Civil Action No. 22-cv-302-CFC<br><br>Bankruptcy Case No. 12-11564<br><br>Adv. Proc. No. 21-51179-MFW<br><br><br><br>Related to D.I. 35 |

### [~~PROPOSED~~] ENTRY OF DEFAULT

It appears from the record that **Defendant Automotive Machinists Pension Trust** failed to plead or otherwise defend in this case as required by law.

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). Debtors address for service of process is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

1

138113957.1

Therefore, default is required against the defendant as authorized by Federal Rule of Civil Procedure 55(a).

Date: September 30, 2022

_John Cerino_
Clerk of the District Court

By: _____
Deputy Clerk

138113957.1