# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al*,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 12-11564 (MFW) (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, LLC, YUCAIPA AMERICAN MANAGEMENT, LLC, et al.,<br><br>Defendants. | Civ. Action No. 22-CV-302-CFC<br><br><br><br>Adv. Proc. No. 21-51179 (MFW) |

**REQUEST FOR ORAL ARGUMENT ON MOTION OF YUCAIPA AMERICAN ALLIANCE FUND I, LLC AND YUCAIPA AMERICAN MANAGEMENT, LLC'S MOTION TO DISMISS COMPLAINT**

Pursuant to District of Delaware Local Rule 7.1.4, Defendants Yucaipa American Alliance Fund I, LLC and Yucaipa American Management LLC (collectively, "Yucaipa"), hereby requests oral argument on the *Yucaipa American*

*Alliance Fund I, LLC and Yucaipa American Management LLC's Motion to Dismiss Complaint* [Docket No. 29] (the "Motion to Dismiss").

| | |
|---|---|
| Dated:  September 30, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          pkeane@pszjlaw.com<br><br>-and-<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>Patricia L. Glaser (*admitted pro hac vice*)<br>Gali Grant (*admitted pro hac vice*)<br>Matthew P. Bernstein (*admitted pro hac vice*)<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Fax: (310) 556-2920<br>Email: pglaser@glaserweil.com<br>          ggrant@glaserweil.com<br>          mbernstein@glaserweil.com<br><br>*Counsel for Yucaipa* |