IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC CORPORATION et al.,<br><br>          Debtors.<br>_____<br>AMERICAN PRIVATE EQUITY<br>PARTNERS II, LP, et al.,<br><br>          Petitioners,<br><br>v.<br><br>CATHERINE E. YOUNGMAN,<br>LITIGATION TRUSTEE FOR<br>ASHINC CORPORATION,<br><br>          Respondent. | ) Chapter 11<br>) Bk. No. 12-11564 (MFW)<br>) Adv No. 21-51179 (MFW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-302-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 23rd day of February 2023, the parties having advised the Court on February 6, 2023 that an agreement in principle had been reached in the above-captioned action;

IT IS ORDERED that the pending motions to dismiss (D.I. 20, D.I. 22, and D.I. 29) are denied without prejudice to renew.

                                                                                        _____<br>                                                                                         Chief Judge