

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444   Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

August 16, 2023

**BY ELECTRONIC MAIL AND ECF**

The Honorable Colm F. Connolly, Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Wilmington, Delaware 19801-3555

   Re:   <u>American Private Equity Partners II, LP, et al. v. Catherine
         E. Youngman - Case No. 22-302 (D. Del) (CFC)</u>

Dear Judge Connolly:

   After many months of negotiating, I am pleased to report that the parties have now executed a global settlement agreement that will resolve all matters related to the above-refenced adversary proceeding. The cases will be dismissed upon the effective date of the Settlement, which is scheduled to occur in September, 2023.

   We will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

                                        Respectfully,

                                        <u>/s/ Seth A. Niederman</u>
                                        Seth A. Niederman (No. 4588)

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

148448194.1